1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
   **JOSEPH J. WISEMAN, P. C.**
2      **1477 Drew Avenue, Suite 106**
       **Davis, California 95618**
3      **Telephone:  530.759.0700**
       **Facsimile:   530.759.0800**
4
   **Attorney for Defendant**
5  **ILDEFONSO GARCIA ORDONEZ**

6

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9                         SACRAMENTO DIVISION

10

11  UNITED STATES OF AMERICA,          )   **CASE NO.:   2:08-CR-0090 EJG**
                                       )
12                   Plaintiff,        )
                                       )   **STIPULATION AND ORDER**
13       vs.                           )   **CONTINUING STATUS CONFERENCE**
                                       )   **AS TO DEFENDANTS**
14  MANUEL MEJIA ORDONEZ, et al,       )   **ILDEFONSO GARCIA ORDONEZ,**
                                       )   **LUCIANO PORCAYO AND ARTURO**
15                   Defendants.       )   **MENDOZA PENA**
                                       )
16                                     )
                                       )   DATE:    August 21, 2009
17                                     )   TIME:    10:00 a.m.
                                       )   COURT:  Hon. Edward J. Garcia
18  _____)

19

20       Plaintiff, UNITED STATES OF AMERICA, and defendants ILDEFONSO GARCIA

21  ORDONEZ, LUCIANO PORCAYO and ARTURO MENDOZA PENA, by and through their

22  respective counsel of record, stipulate that the status conference scheduled for July 17, 2009,

23  may be continued to August 21, 2009, at 10:00 a.m.  Defendants ILDEFONSO GARCIA

24  ORDONEZ and LUCIANO PORCAYO are currently in plea negotiations with the government

25  and expect to resolve their cases by the next status conference.

26       Counsel for defendant ARTURO MENDOZA PENA, who was recently appointed to this

27  case, is presently reviewing voluminous amounts of discovery, which the government has

28  provided. Accordingly, in order to provide the above-named defendants with effective

                                       1

STIPULATION AND [PROPOSED] ORDER CONTINUING                    2:08-CR-0090 EJG
STATUS CONFERENCE AS TO DEFENDANTS
ILDEFONSO GARCIA ORDONEZ, LUCIANO PORCAYO
AND ARTURO MENDOZA PENA

1  representation in this case, including plea negotiations and trial preparation, the parties stipulate

2  that a continuance of the status conference is warranted.

3       The parties also agree that time may be excluded from the speedy trial calculation under

4  the Speedy Trial Act from July 17, 2009, to August 21, 2009, for counsel preparation (Local

5  Code T4) and for complexity (Local Code T2), and that the interests of justice served by granting

6  the continuance outweigh the best interests of the public and the defendant in a speedy trial,

7  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4 and T2.

8       Counsel for defendant ILDEFONSO GARCIA ORDONEZ has been authorized to sign

9  for all other parties to this stipulation.

10  Dated: July 14, 2009                    Respectfully submitted,

11                                          JOSEPH J. WISEMAN, P.C.

12                                          By:    /s/ Joseph J. Wiseman
                                            JOSEPH J. WISEMAN

13                                          Attorney for Defendant
                                            Ildefonso Garcia Ordonez

14

15  Dated: July 14, 2009                    By:/s/ Joseph J. Wiseman for
                                            Lindsay A. Weston

16                                          Attorney for Defendant
                                            Luciano Porcayo

17

18  Dated: July 14, 2009                    By:/s/ Joseph J. Wiseman for
                                            JAMES RALPH GREINER

19                                          Attorney for Defendant
                                            Arturo Mendoza Pena

20

21  Dated: July 14, 2009                    LAWRENCE G. BROWN
                                            United States Attorney

22

23                                          By: /s/ Joseph J. Wiseman for
                                            Samantha S. Spangler

24                                          Assistant U.S. Attorney

25

26                    **ORDER**

27       GOOD CAUSE HAVING BEEN SHOWN, the status conference scheduled for July 17,

28

STIPULATION AND [PROPOSED] ORDER CONTINUING                          2:08-CR-0090 EJG
STATUS CONFERENCE AS TO DEFENDANTS
ILDEFONSO GARCIA ORDONEZ, LUCIANO PORCAYO
AND ARTURO MENDOZA PENA

1   2009 at 10:00 a.m. is continued to August 21, 2009 at 10:00 a.m. as to defendants ILDEFONSO

2   GARCIA ORDONEZ, LUCIANO PORCAYO and ARTURO MENDOZA PENA.

3         The Court finds that the interests of justice served by granting the continuance outweigh

4   the best interests of the public and these defendants in a speedy trial.  Therefore, time from July

5   17, 2009, to August 21, 2009, is excluded from the speedy trial calculation pursuant to 18 U.S.C.

6   § 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation, and Local Code T2 for

7   complexity.

8         IT IS SO ORDERED.

9

10  Dated: July 15, 2009                          /s/ Edward J. Garcia
                                                  EDWARD J. GARCIA, JR.
11                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER CONTINUING                                   2:08-CR-0090 EJG
STATUS CONFERENCE AS TO DEFENDANTS
ILDEFONSO GARCIA ORDONEZ, LUCIANO PORCAYO
AND ARTURO MENDOZA PENA