```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>MANUEL MEJIA ORDONEZ, et al.,<br><br>           Defendants. | CASE NO. 2:08-cr-00090 EJG<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>DATE:  November 20, 2009<br>TIME:  10:00 a.m.<br>COURT: Edward J. Garcia |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for November 13, 2009, may be continued to November 20, 2009, at 10:00 a.m.  The case was scheduled for November 13, 2009 at the request of all counsel, at the status conference on October 2, 2009.  Unfortunately, when writing the matter into her calendar for November 13, 2009 the prosecutor realized that she has a scheduling conflict - she begins a trial on November 9, 2009 which may still be in progress on November 13, 2009.  Defense counsel have all agreed to the new date of November 20, 2009 and have authorized the prosecutor to sign this stipulation on their behalf.

1

The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel continuity and preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

DATED: October 7, 2009                LAWRENCE G. BROWN
                                      United States Attorney


                                 by   /s/ *Samantha S. Spangler*
                                      Samantha S. Spangler
                                      Assistant U.S. Attorney

DATED: October 7, 2009           by   /s/ *Samantha S. Spangler* for
                                      J. Toney, Counsel for
                                      Manuel Mejia Ordonez

DATED: October 7, 2009           by   /s/ *Samantha S. Spangler* for
                                      Joseph Wiseman, Counsel for
                                      Ildefonso Garcia Ordonez

DATED: October 7, 2009           by   /s/ *Samantha S. Spangler* for
                                      James Greiner, Counsel for
                                      Arturo Mendoza Pena

ORDER

Good cause appearing,

The status conference scheduled for November 13, 2009, is continued to November 20, 2009 at 10:00 a.m.

The Court finds that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4 for counsel continuity and preparation.

IT IS SO ORDERED.

DATED:  October 8, 2009

>                     /s/ Edward J. Garcia
>                     EDWARD J. GARCIA, Judge
>                     United States District Court