1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net
5
   ATTORNEY FOR DEFENDANT
6  ARTURO PENA

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )   CR.-S-08-90-EJG
11                                )
        PLAINTIFF,                )   STIPULATION AND ORDER
12                                )   CONTINUING THE STATUS
        v.                        )   CONFERENCE TO
13                                )   FRIDAY, JUNE 18, 2010
   ARTURO PENA, et al,            )
14                                )
                                  )
15      DEFENDANT.                )
   _____)
16

17      Plaintiff United States of America, by its counsel, Assistant United States

18 Attorney, Ms. Samantha Spangler, and defendant, Arturo Pena, by his counsel, Mr.

19 James R. Greiner, hereby stipulate and agree that the presently scheduled status

20 conference of **Friday, May 21, 2010**, can be vacated and that a new Status

21 Conference can be set for **Friday, June 18, 2010**, at 10:00 a.m., before the

22 Honorable District Court Judge, Edward J. Garcia.

23      The Court's courtroom deputy, Ms. Colleen Lydon, was consulted to check

24 that the Court was available on the above date and the Court is available.

25      The parties stipulate and agree that time under the Speedy Trial Act shall be

26 excluded **up to and including Friday, June 18, 2010, under Title 18 U.S.C. section**

27 **3161(h)(7)(B)(iv) and Local Code T**-4, to allow for adequate preparation by defense

28
                                    1

counsel, continuity of defense counsel, continuing discussions with the defendant by defense counsel, continuing discussions by the defense with the government all aiming at a good faith resolution in this case short of trial, which, should that occur, would be a cost savings to both the Court and the government.

The parties agree and stipulate that the ends of justice are served by the Court excluding time under the Speedy Trial Act under local code T-4 (**Title 18 U.S.C. section 3161(h)(7)(B)(iv)**), for reasonable time to adequately prepare and continuity of counsel, **up to and including, Friday, June 18, 2010,** to allow reasonable time for effective representation and preparation by defense counsel, taking into account the exercise of reasonable diligence.

The parties agree and stipulate that the interests of justice are served by granting this continuance outweigh the bests interests of the public and the defendant in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

                Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ SAMANTHA SPANGLER by e mail authorization

DATED: 5-19-10
_____
SAMANTHA SPANGLER
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 5-19-10
/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ARTURO PENA

2

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that time shall be excluded under **local code T**-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

The Status Conference currently set for **Friday, May 21, 2010, is vacated**, and the **new Status Conference is set for Friday, June 18, 2010**, with time excluded under the Speedy Trial Act **from Friday, May 21, 2010**, **through to and including Friday, June 18, 2010,** for the reasons agreed to and stipulated by the parties and as stated herein (under Local Code T-4, time to prepare).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: May 19, 2010.

/s/ Edward J. Garcia
EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE

3