**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ARTURO PENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-90-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE TO |
| ) | FRIDAY, JULY 23, 2010 |
| ARTURO PENA, et al, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler, and defendant, Arturo Pena, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the presently scheduled status conference of **Friday, June 25, 2010**, can be vacated and that a new Status Conference can be set for **Friday, July 23, 2010**, at 10:00 a.m., before the Honorable District Court Judge, Edward J. Garcia.

   The Court's courtroom deputy, Ms. Colleen Lydon, was consulted to check that the Court was available on the above date and the Court is available.

   The parties stipulate and agree that time under the Speedy Trial Act shall be excluded **from Friday June 18, 2010, up to and including Friday, July 23, 2010, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T**-4, to allow for

1

1  adequate preparation by defense counsel, continuity of defense counsel, continuing
2  discussions with the defendant by defense counsel, continuing discussions by the
3  defense with the government all aiming at a good faith resolution in this case short of
4  trial, which, should that occur, would be a cost savings to both the Court and the
5  government.
6      The parties agree and stipulate that the ends of justice are served by the Court
7  excluding time under the Speedy Trial Act under local code T-4 (**Title 18 U.S.C.**
8  **section 3161(h)(7)(B)(iv)**), for reasonable time to adequately prepare and continuity
9  of counsel, from Friday, June 18, 2010, **up to and including, Friday, July 23, 2010,**
10 to allow reasonable time for effective representation and preparation by defense
11 counsel, taking into account the exercise of reasonable diligence.
12     The parties agree and stipulate that the interests of justice are served by
13 granting this continuance outweigh the bests interests of the public and the defendant
14 in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

Respectfully submitted,

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ SAMANTHA SPANGLER by e mail authorization

DATED: 6-21-10
SAMANTHA SPANGLER
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 6-21-10
JAMES R. GREINER
ATTORNEY FOR DEFENDANT ARTURO PENA

2

## ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that time shall be excluded under **local code T**-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act.

The Status Conference currently set for **Friday, June 25, 2010, is vacated**, and the **new Status Conference is set for Friday, July 23, 2010**, with time excluded under the Speedy Trial Act **from Friday, June 18, 2010**, **through to and including Friday, July 23, 2010,** for the reasons agreed to and stipulated by the parties and as stated herein (under Local Code T-4, time to prepare).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: June 21, 2010.

/s/ Edward J. Garcia
EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE

3