**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ARTURO PENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> ARTURO PENA, et al, ) <br> ) <br> ) <br> DEFENDANT. ) <br> _____ ) | CR.-S-08-90-EJG <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO <br> FRIDAY, OCTOBER 29, 2010 |

  Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler, and defendant, Arturo Pena, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the presently scheduled status conference of **Friday, October 1, 2010**, can be vacated and that a new Status Conference can be set for **Friday, October 29, 2010**, at 10:00 a.m., before the Honorable District Court Judge, Edward J. Garcia.

  The Court's courtroom deputy, Ms. Colleen Lydon, was consulted to check that the Court was available on the above date and the Court is available.

  The parties stipulate and agree that time under the Speedy Trial Act shall be excluded **from Friday Oct. 1, 2010, up to and including Friday, October 29, 2010,**

1

1  **under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T**-4, to allow for
2  adequate preparation by defense counsel, continuity of defense counsel, continuing
3  discussions with the defendant by defense counsel in an attempt to resolve this matter
4  short of trial, continuing discussions by the defense with the government all aiming at
5  a good faith resolution in this case short of trial, which, should that occur, would be a
6  cost savings to both the Court and the government.
7      In addition, due to the fact that defense counsel is preparing for two trials in
8  Federal Court, one scheduled in September, 2010 and one scheduled for November,
9  2010, the time of this continuance gives a reasonably adequate amount of time, but
10 not more than a reasonable amount of time, for defense counsel to attend to the
11 importance of this case in discharging counsel's Sixth Amendment obligations to the
12 defendant.
13     The parties agree and stipulate that the ends of justice are served by the Court
14 excluding time under the Speedy Trial Act under local code T-4 (**Title 18 U.S.C.**
15 **section 3161(h)(7)(B)(iv)**), for reasonable time to adequately prepare and continuity
16 of counsel, from Friday, Oct. 1, 2010, **up to and including, Friday, October 29,**
17 **2010,** to allow reasonable time for effective representation and preparation by defense
18 counsel, taking into account the exercise of reasonable diligence.
19     The parties agree and stipulate that the interests of justice are served by
20 granting this continuance outweigh the bests interests of the public and the defendant
21 in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))
22 Respectfully submitted,

23                                    BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY
24
                                      /s/ SAMANTHA SPANGLER by e mail
25  DATED: 7-21-10                    authorization
                                      _____
26                                    SAMANTHA SPANGLER
                                      ASSISTANT UNITED STATES ATTORNEY
27                                    ATTORNEY FOR THE PLAINTIFF
28
                                         2

DATED: 7-21-10                                 /s/ JAMES R. GREINER
                                               _____
                                               JAMES R. GREINER
                                               ATTORNEY FOR DEFENDANT ARTURO PENA

### ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that time shall be excluded under **local code T**-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

The Status Conference currently set for **Friday, Oct. 1, 2010, is vacated**, and the **new Status Conference is set for Friday, October 29, 2010**, with time excluded under the Speedy Trial Act **from Friday, Oct. 1, 2010**, **through to and including Friday, October 29, 2010,** for the reasons agreed to and stipulated by the parties and as stated herein (under Local Code T-4, time to prepare).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: September 30, 2010.

                            /s/ Edward J. Garcia
                            _____
                            EDWARD J. GARCIA
                            SENIOR UNITED STATES
                            DISTRICT COURT JUDGE

3