**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ARTURO PENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-90-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | ORDERING PROBATION TO |
| v. ) | DETERMINE DEFENDANT'S |
| ) | CRIMINAL HISTORY LEVEL |
| ARTURO PENA, et al, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler, and defendant, Arturo Pena, by his counsel, Mr. James R. Greiner, hereby jointly request and stipulate that this Court sign the Proposed Order, Ordering Probation to perform a criminal History background investigation and determine the defendant's criminal history level.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|   | /s/ SAMANTHA SPANGLER by e mail authorization |
| DATED: 1-25-11 | _____<br>SAMANTHA SPANGLER<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
|   | /s/ JAMES R. GREINER |
| DATED: 1-25-11 | _____<br>JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT ARTURO PENA |

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the requested Order:

It is hereby Ordered that the Probation Department do a Criminal History Investigation to determine the defendant's criminal history level.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: January  28, 2011.

/s/ Edward J. Garcia
EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE

2