**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
ARTURO PENA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-90-EJG |
| PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING THE STATUS |
| ) | CONFERENCE TO |
| ARTURO PENA, MICHELLE BECI, ) | FRIDAY, OCTOBER 29, 2010 |
| et al., ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Samantha Spangler, and defendant, Michelle Beci by her counsel, Mr. David Fischer and defendant Arturo Pena, by his counsel, Mr. James R. Greiner, hereby stipulate and agree that the presently scheduled status conference of **Friday, April 15, 2011**, can be vacated and that a new Status Conference can be set for **Friday, May 13, 2011**, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia.  This may be a Change of Plea hearing for Arturo Pena.

    The Court's courtroom deputy, Ms. Colleen Lydon, was consulted to check that the Court was available on the above date and the Court is available.

    The parties stipulate and agree that time under the Speedy Trial Act shall be

1

excluded **from Friday, April 15, 2011, up to and including Friday, May 13, 2011, under Title 18 U.S.C. section 3161(h)(7)(B)(iv) and Local Code T**-4, as well as **pursuant to Title 18 section 3161(h)(7)(B)(ii), corresponding to Local code T-2** (the complexity of the case) to allow for adequate preparation by defense counsel since the discovery in the case is voluminous which includes but is not limited to spread sheets of transactions, payment histories from EDD, telephone records from various telephones, continuity of defense counsel, continuing discussions with the defendants by defense counsel in an attempt to resolve this matter short of trial, continuing discussions by the defense with the government all aiming at a good faith resolution in this case short of trial, which, should that occur, would be a cost savings to both the Court and the government.

The parties agree and stipulate that the ends of justice are served by the Court excluding time under the Speedy Trial Act under local code T-4 (**Title 18 U.S.C. section 3161(h)(7)(B)(iv)**) as well as pursuant to **Title 18 section 3161(h)(7)(B)(ii), corresponding to Local code T-2 (the complexity of the case)**, for reasonable time to adequately prepare and continuity of counsel, from **Friday, April 15, 2011, up to and including, Friday, May 13, 2011,** to allow reasonable time for effective representation and preparation by defense counsel, taking into account the exercise of reasonable diligence, and to allow reasonable amount of time to work out the plea agreements between the parties.

The parties agree and stipulate that the interests of justice served by granting this continuance outweigh the bests interests of the public and the defendants in a speedy trial. (Title 18 U.S.C. section 3161(h)(7)(A))

2

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|   | /s/ SAMANTHA SPANGLER by e mail authorization |
| DATED: 4-11-11 | _____<br>SAMANTHA SPANGLER<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
| DATED: 4-11-11 | /s/ DAVID FISCHER<br>_____<br>DAVID FISCHER<br>ATTORNEY FOR DEFENDANT MICHELLE BECI |
| DATED: 4-11-11 | /s/ JAMES R. GREINER<br>_____<br>JAMES R. GREINER<br>ATTORNEY FOR DEFENDANT ARTURO PENA |

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court can make the appropriate findings supported by the record in this case that time shall be excluded under **local code T-2 and T**-4, pursuant to Title 18 section 3161(h)(7)(B)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) that time is to be excluded due to the discovery in the case being voluminous, which includes but is not limited to, spread sheets of transactions, payment histories from EDD, telephone records from various telephones, and Local Code T-4 for the reasonable time necessary for effective preparation by defense counsel and continuity of defense counsel and **Title 18 U.S.C. section 3161(h)(7)(B)(iv)**, of the speedy trial act**.**

The Status Conference currently set for **Friday, April 15, 2011, is vacated**, and the **new Status Conference is set for Friday, May 13, 2011**, with a possible Change of Plea by Arturo Pena, and with time excluded under the Speedy Trial Act **from Friday, April 15, 2011**, **through to and including Friday, May 13, 2011,** for the reasons agreed to and stipulated by the parties and as stated herein (under Local Codes T-2 (complexity of the case) and T-4 (time to prepare).

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 12, 2011.

/s/ Edward J. Garcia

EDWARD J. GARCIA
SENIOR UNITED STATES
DISTRICT COURT JUDGE